

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00110-CR

**LLOYD ANDREWS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court
Navarro County, Texas
Trial Court No. 611.24**

## MEMORANDUM  OPINION

The Clerk of this Court notified the appellant that the clerk's record was overdue in this cause and that the appeal may be dismissed for want of prosecution if the appellant did not make the necessary arrangements for the filing of the clerk's record. *See* TEX. R. APP. P. 37.3(b), 44.3.  The Court has received no response.  Accordingly, the appeal is dismissed for want of prosecution. *Id.*

PER CURIAM

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed October 29, 2008
Do not publish
[CR25]